## (October 18, 1944.)

LILLIAN HANDEL, Respondent, v. MAX HANDEL, Appellant.— Appeal dismissed, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

LOUIS SIMMEL, Respondent, v. JOHN R. CREWS, as Receiver, Appellant.— Appeal dismissed, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

## (October 23, 1944.)

SAM APPEL, Respondent, v. SIMENSKY & LEVY CORPORATION, Appellant.— Order denying defendant's motion to dismiss the complaint upon the ground that it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Close, P. J.. Hagarty, Carswell, Lewis and Aldrich, JJ., concur.

LEO ARNSTEIN, as Commissioner of Welfare of the City of New York Public Welfare District, Respondent, v. JOHN SCHAEFFLER et al., Defendants, and DOLCIZIA PAGANO, Defendant-Appellant.— Action to foreclose a mortgage on real property against the owner thereof, who is a purchaser from a prior mortgagee who had foreclosed and obtained title at a foreclosure sale. Judgment in favor of plaintiff modified on the law and the facts as follows: (1) by adding a first decretal paragraph (fol. 121) which will provide that defendant Pagano is the owner of a lien on the premises superior to plaintiff's in the amount of the judgment heretofore entered in the action entitled *Scott* v. *Schaeffler.* (2) By adding a paragraph to be numbered " 2a " (fol. 128) which will provide for the payment to defendant Pagano of the amount of the judgment entered in favor of the plaintiff in the action entitled *Scott* v. *Schaeffler*, without further interest or costs. (3) By adding the words " except as hereinbefore provided " after the words " ORDERED, ADJUDGED AND DECREED that " in the sixth decretal paragraph (fol. 133). As thus modified, the judgment is unanimously affirmed, without costs. Under all the facts and circumstances of the case, the equities require recognition of defendant Pagano's lien on the premises, superior to plaintiff's, in the amount of the judgment granted to said defendant's predecessor in title. Finding of fact number 10 is reversed and not made. All other findings made by the Trial Justice are affirmed. All of appellant's proposed findings are made. Appellant's proposed conclusions of law are not approved. Conclusion of law number 3, as made by the Trial Justice, will be modified so as to provide that plaintiff is entitled to a judgment of foreclosure and sale subject to the lien of defendant Pagano in the amount of the judgment heretofore entered in favor of the plaintiff in the action of *Scott* v. *Schaeffler.* The other conclusions of law, as made by the Trial Justice, are approved. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. Settle order on notice.